UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re:                                                                                  Chapter 7

                                                                            Case No. 1-14-42483-cec

JENNIFER A. GUCCIARDO
AKA JENNIFER DILANDRO,

                        Debtor.
-------------------------------------------------------------X
GEORGE PAPPAS AND PROACTIVE DEALER
SERVICES, INC.,

                        Plaintiffs,

                                                                              Adv. Proc. No. 1-15-01049-cec
       -against-

JENNIFER A. GUCCIARDO,

                        Defendant.
-------------------------------------------------------------X

## ORDER DISMISSING PLAINTIFFS' COMPLAINT

       **WHEREAS**, George Pappas and Proactive Dealer Services, Inc., (the "Plaintiffs") obtained a judgment against Jennifer Gucciardo (the "Debtor") in the Supreme Court of the State of New York, County of Queens (the "State Court Judgment") on February 6, 2012; and

       **WHEREAS**, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on May 16, 2014; and

       **WHEREAS**, the Plaintiffs filed a complaint seeking a determination that the State Court Judgment is non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and 523(a)(6) on July 22, 2016; and

       **WHEREAS**, a trial was held on March 2, 2017;

       **NOW, THEREFORE**, for the reasons set forth in the decision of the Court, dated November 20, 2017; it is hereby

**ORDERED**, that a judgment be entered dismissing the Plaintiffs' complaint.



Dated: Brooklyn, New York
November 20, 2017

_____
**Carla E. Craig**
**United States Bankruptcy Judge**